NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VERNON WEST and GERMAIN NAPLES, )
LLC d/b/a GERMAIN TOYOTA OF )
NAPLES, )
　 )
　 )
Appellants/Cross-Appellees, )
　 )
v. ) Case No. 2D17-4801
　 )
ELIZABETH JUSTINIANO, )
　 )
Appellee/Cross-Appellant. )
_____ )

Opinion filed November 27, 2019.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

DeeAnn J. McLemore, Charles W. Hall,
and Ezequiel Lugo of Banker Lopez
Gassler P.A., for Appellants/Cross-
Appellees.

Blair Dickert, Harold Valez, and Tiffany
M. Fanelli of Kanner & Pintaluga, P.A.,
Boca Raton, for Appellee/Cross-
Appellant.


PER CURIAM.


Affirmed.


CASANUEVA, SLEET, and ATKINSON, JJ., Concur.